**WHITE & CASE LLP**
1155 Avenue of the Americas
New York, New York 10036
Telephone: (212) 819-8200
Facsimile: (212) 354-8113

08 CV 2177

*Attorneys for Plaintiffs Pfizer Inc.,
Pharmacia & Upjohn Company LLC,
and Pfizer Health AB*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PFIZER INC., PHARMACIA & UPJOHN COMPANY LLC, and PFIZER HEALTH AB,<br><br>    Plaintiffs,<br><br>v.<br><br>IMPAX LABORATORIES, INC.,<br><br>    Defendant. | **STATEMENT OF PLAINTIFFS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1** |

[Received stamp: MAR 0 4 2008 U.S.D.C. S.D.N.Y. CASHIERS]

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs Pfizer Inc., Pharmacia & Upjohn Company LLC, and Pfizer Health AB, by their attorneys White & Case LLP, hereby state that (1) Pfizer Inc. has no parent corporation, (2) no publicly held corporation owns 10% or more of Pfizer Inc.'s stock, and (3) Pfizer Inc. is the ultimate parent of Pharmacia & Upjohn Company LLC and Pfizer Health AB.

Dated: March 4, 2008
      New York, NY

                    Respectfully submitted,

                    **WHITE & CASE LLP**
                    1155 Avenue of the Americas
                    New York, New York 10036
                    Phone: (212) 819-8200
                    Facsimile: (212) 354-8113

                    By: _____
                    Dimitrios T. Drivas  (DD 8891)
                    Jeffrey J. Oelke  (JO 2534)
                    Adam Gahtan  (AG 8802)
                    James S. Trainor, Jr.  (JT 2520)

                    *Attorneys for Plaintiffs Pfizer Inc.,*
                    *Pharmacia & Upjohn Company LLC, and*
                    *Pfizer Health AB*