

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PFIZER INC.,
PHARMACIA & UPJOHN COMPANY LLC, and
PFIZER HEALTH AB,

    Plaintiffs,

v.

IMPAX LABORATORIES, INC.,

    Defendant.

Civil Action No. 08-CV-2177 (LTS)

## STIPULATION EXTENDING TIME
## TO ANSWER OR OTHERWISE RESPOND

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that the time for Defendant, Impax Laboratories, Inc., to answer or otherwise respond to the Complaint in this action is extended to and including April 9, 2008.

Dated: March 21, 2008

By: _____
Dimitrios T. Drivas (DD 8891)
Jeffrey J. Oelke (JO 2534)
Adam Gahtan (AG 8802)
James S. Trainor, Jr. (JT 2520)
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 819-8200
Attorneys for Plaintiffs
*Pfizer Inc., Pharmacia & Upjohn Company LLC, and Pfizer Health AB*

By: _____
Stuart D. Sender (SS 4986)
BUDD LARNER, P.C.
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078
(973) 379-4800
Attorneys for Defendant
*Impax Laboratories, Inc.*

SO ORDERED:

Dated: March 24, 2008

_____
United States District Judge