UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PFIZER INC., <br> PHARMACIA & UPJOHN COMPANY LLC, and <br> PFIZER HEALTH AB, <br><br> Plaintiffs and <br> Counterclaim Defendants, <br><br> -v- <br><br> IMPAX LABORATORIES, INC., <br><br> Defendant and <br> Counterclaim Plaintiff. | Case No. 1:08-cv-2177(LTS)(KNF) <br><br> ELECTRONICALLY FILED <br><br><br> **RULE 7.1 STATEMENT** |

    Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant and Counterclaim Plaintiff, Impax Laboratories, Inc., a private non-governmental party, certifies that no parent corporation or publicly held corporation owns 10% or more of the stock of Impax Laboratories, Inc.

Dated:  April 9, 2008

/s/ Stuart D. Sender
Stuart D. Sender (SS 4986)
BUDD LARNER, P.C.
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078
(973) 379-4800
(973) 379-7734 (fax)
ssender@budd-larner.com (e-mail)
*Attorneys for Defendant and*
*Counterclaim Plaintiff*
*Impax Laboratories, Inc.*

673687