USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  APR 1 8 2008

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PFIZER INC., <br> PHARMACIA & UPJOHN COMPANY LLC, and <br> PFIZER HEALTH AB, <br><br>     Plaintiffs and <br>     Counterclaim Defendants, <br><br>     -v- <br><br> IMPAX LABORATORIES, INC., <br><br>     Defendant and <br>     Counterclaim Plaintiff. | Case No. 1:08-cv-2177(LTS)(KNF) |

**[proposed] ORDER**

This matter having been opened to the Court by Impax Laboratories, Inc., seeking

transfer to the District of New Jersey under §1404(a), and with the consent of Plaintiffs, for good

cause being shown, *for the reasons set forth in Defendant's April 14, 2008 letter and*

IT IS HEREBY ORDERED that/pursuant to 28 U.S.C. §1404(a), this action is transferred

to the District of New Jersey. The Clerk of Court is respectfully requested to effectuate the

transfer accordingly.

Dated: April 18 , 2008

_____
LAURA TAYLOR SWAIN
United States District Judge

674044